IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 17 PM 2: 51

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS | ) CR. NO. 05-20289-B |
| WILLIE E. TAYLOR, | ) 05-20040-B |
| Defendant. | ) |

## ORDER ON GUILTY PLEA

This cause came on to be heard on August 15, 2005, the United States Attorney for this District, Camillie McMullen, appearing for the Government and the defendant, Willie E. Taylor, appearing in person and with counsel, Pamela Hamrin, representing the defendant.

With leave of the Court and through counsel, the defendant entered a plea of guilty to Count One of the Information. Plea Colloquy was held and the Court accepted the guilty plea.

The United States will move to dismiss Case Number 05-20040-B at the Sentencing Hearing.

**SENTENCING** is hereby **SET** on **Wednesday, November 16, 2005, at 9:00 a.m., in Courtroom No.1, on the 11th floor before Judge J. Daniel Breen.**

The defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 17th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 08-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20040 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT